**THOMPSON HINE LLP**
Evan Pitchford (CA 256536)
2049 Century Park East, Suite 3500
Los Angeles, CA 90067
Telephone: (310) 382-1305
Evan.Pitchford@ThompsonHine.com

**THOMPSON HINE LLP**
Brian J. Lamb (OH 0055447) (*pro hac vice*)
3900 Key Center
127 Public Square
Cleveland, OH 44114
Telephone:   (216) 566-5590
Facsimile:    (216) 566-5800
Brian.Lamb@ThompsonHine.com

**THOMPSON HINE LLP**
Katherine B. Kohn (DC 1010417) (*pro hac vice*)
Nathaniel W. Ingraham (DC 1600655) (*pro hac vice*)
1919 M. Street, N.W., Suite 700
Washington, D.C. 20036
Telephone:   (202) 973-2784
Facsimile:    (202) 331-8330
Nate.Ingraham@ThompsonHine.com
Katie.Kohn@ThompsonHine.com

*Counsel for Defendants Mitchell International, Inc. and Mitchell International, Inc. 401(k) Savings Plan Committee*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LAGAFUAINA, KAILYN ROBERTSON, KHANH NGUYEN, MACHELLA GRAHAM, RABIA RAZAQ individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MITCHELL INTERNATIONAL INC., MITCHELL INTERNATIONAL, INC. 401(k) SAVINGS PLAN COMMITTEE, and JOHN DOES 1-10, <br><br> Defendants. | Case No.: 3:25-cv-03018-DMS-DDL <br><br> Judge: Hon. Dana M. Sabraw <br> Courtroom: 13A <br> Hearing: July 17, 2026 at 1:30 p.m. <br><br> **NOTICE OF DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT** |

PLEASE TAKE NOTICE that on July 17, 2026 at 1:30 p.m., or as soon thereafter as the matter may be heard, Defendants Mitchell International, Inc. and Mitchell International, Inc. 401(k) Savings Plan Committee will and hereby do move to dismiss Plaintiffs' Amended Class Action Complaint (ECF No. 21) in its entirety and without leave to amend pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

The motion will be heard in the courtroom of the Honorable Dana M. Sabraw, United States District Judge, United States District Court for the Southern District of California, 333 West Broadway, San Diego, California 92101.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss Amended Class Action Complaint, the Declaration of Nathaniel W. Ingraham and exhibits thereto, Defendants' concurrently filed Motion for Judicial Notice, all pleadings, records, and documents on file in this action, any argument the Court may permit, and any other matters the Court may properly consider.

Dated:  May 4, 2026

Respectfully submitted,

**THOMPSON HINE LLP**

/s/ Evan Pitchford

Evan Pitchford
E-mail: Evan.Pitchford@ThompsonHine.com
Brian J. Lamb
E-mail: Brian.Lamb@ThompsonHine.com
Katherine B. Kohn
E-mail: Katie.Kohn@ThompsonHine.com
Nathaniel W. Ingraham
E-mail: Nate.Ingraham@ThompsonHine.com

*Attorneys for Defendants*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2026, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notifications of such filings to all registered counsel.

s/ Evan Pitchford

Evan Pitchford

- 3 -